SIDNEY N. DILASS, Appellant, *v.* WILLIAM WOODBURY, Respondent.

(Argued for appellant November 27th, 1871; decided December 5th, 1871.)

*A. G. Rice,* for appellant.

Agree to affirm.   No opinion.

---

CATHARINE STEENBURGH, Respondent, *v.* PETER W. HOUSE, Appellant.

(Argued December 5th, 1871; decided December 12th, 1871.)

*E. Cowen,* for appellant.

*J. C. Ormsby,* for respondent.
Agree to dismiss appeal.   No opinion.

---

ELIZABETH FOX, Appellant, *v.* JONAS DUNCKEL, Respondent.

(Argued December 5th, 1871; decided December 12th, 1871.)

Case and points not received.
Agree to affirm.   No opinion.

---

THOMAS HARLAND et al., Respondents, *v.* CHRISTIAN H. LILIENTHAL, Appellant.

(Argued December 5th, 1871; decided December 12th, 1871.)

*Norris & Lord,* for appellant.

*J. L. Hill,* for respondents.

Agree to affirm.   No opinion.